# EXHIBIT 4

eFile Accepted: 06/03/2014 05:06 PM
Filing # 14377675 Electronically Filed 06/03/2014 03:32:29 PM

THE CIRCUIT COURT FOR THE TWELFTH JUDICIAL CIRCUIT IN AND FOR SARASOTA COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.

HAWK TECHNOLOGY SYSTEMS, LLC,
a Florida limited liability company,

    Plaintiff,

v.

GIFFORD, KRASS, SPRINKLE, ANDERSON & CITKOWSKI, P.C., a Michigan professional corporation,

    Defendant.

_____/

## COMPLAINT

Plaintiff, Hawk Technology Systems, LLC ("Plaintiff" or "Hawk"), sues Defendant, Gifford, Krass, Sprinkle, Anderson & Citkowski, P.C. ("Defendant" or the "Firm"), and alleges:

### NATURE OF THE ACTION

1. This is an action for legal malpractice.

### PARTIES, JURISDICTION AND VENUE

2. Plaintiff, Hawk Technology Systems, LLC, is a limited liability company organized and existing under the laws of the State of Florida, and maintains its principal place of business at 2 South Biscayne Boulevard, Suite 3800, Miami, Florida 33131.

3. Defendant, Gifford, Krass, Sprinkle, Anderson & Citkowski, P.C., is a professional corporation organized and existing under the laws of the State of Michigan, and

maintains its principal place of business at 2701 Troy Center Drive, Suite 330, Troy, Michigan 48007. The Firm also maintains offices for the practice of law in, *inter alia*, Sarasota County, Florida, at 2042 Bee Ridge Road, Sarasota, Florida 34239, and 312 East Venice Avenue, Suite 201, Venice, Florida 34285.

4. Pursuant to § 26.012, Fla. Stat., this Court has subject matter jurisdiction because this is an action for damages in excess of $15,000.00, exclusive of attorneys' fees and costs.

5. Pursuant to § 48.193(1)(a)(1)-(2), Fla. Stat., this Court has personal jurisdiction over Defendant because Defendant operates, conducts, engages in, or carries on a business or business venture in this state, has an office or agency in this state, and/or has committed a tortious act within this state. Pursuant to § 48.193(1)(a)(6)(a), Fla. Stat., this Court has personal jurisdiction over Defendant for any act or omission outside this state causing injury to Plaintiff within this state because, because at or about the time of the injury, Defendant was engaged in solicitation or service activities within this state.

6. Pursuant to § 47.051, Fla. Stat., venue is proper in Sarasota County, Florida, because Defendant has an agent or other representative in this county, and/or the causes of action accrued in this county.

### FACTUAL ALLEGATIONS

7. Hawk employed the Firm to prosecute the reissue of United States Patent No. 5,625,410 (the "'410 patent").

8. The Firm prosecuted the reissue. United States Patent No. RE43,462 (the "'462 Patent") is the reissue of the '410 patent.

9. The U.S. Patent Statute allows for the recovery of infringement damages arising before re-issuance of a patent only if the reissued claims are "substantially identical" to the original claims.

10. During the prosecution of the reissue, the Firm needlessly and negligently altered the text of the '410 patent's independent claims in such a manner that they are no longer substantially identical to the original claims.

11. The Firm committed legal malpractice by unnecessarily broadening the claims of the '410 Patent.

12. Hawk has been required to retain the undersigned law firm to pursue this action, and is obligated to pay this firm a reasonable fee for its services.

13. All conditions precedent to the filing of this action have been performed, have occurred or have otherwise been waived.

14. By breaching its duty to Hawk, the Firm directly and proximately caused actual loss to Hawk by limiting Hawk's ability to recover pre-reissuance damages.

**WHEREFORE,** Hawk respectfully requests that the Court enter judgment:

(A) Awarding Hawk damages it suffered as a result of the Firm's legal malpractice;

(B) Awarding Hawk costs of suit and pre- and post-judgment interest; and

(C) Granting Hawk such other and further relief as the Court deems just and proper.

## DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: June 3, 2014

                                          Respectfully submitted,

                                          By: /s/ *Angela M. Lipscomb*
                                          Angela M. Lipscomb (31111)
                                          Alipscomb@lebfirm.com
                                          LIPSCOMB, EISENBERG & BAKER, PL
                                          2 South Biscayne Blvd., Penthouse 3800
                                          Miami, FL 33131
                                          Telephone: (786) 431-2228
                                          Facsimile:  (786) 431-2229
                                          *Attorneys for Hawk*